## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CONRAD GRABOWSKI,<br>1825 Sullivan Court<br>Morgan Hills, CA 95037<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN SYSTEMS CORP.,<br>2980 Fairview Park Drive<br>Falls Church, VA 22042,<br><br>　　　　　　Defendant. | Civil Action No. _____<br><br>From the Circuit Court for Anne Arundel<br>County, Maryland<br>Case No. C-02-CV-16-2804 |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a) 1441(a) & (b), and 1446, Defendant Northrop Grumman Systems Corp. ("Defendant") hereby removes the above-captioned action, which was initially filed in the Circuit Court for Anne Arundel County, Maryland, Civil No. C-02-CV-16-2804, to this Court. Removal to this Court is appropriate because there is complete diversity of citizenship between the Plaintiff and Defendant, and the amount in controversy exceeds $75,000 exclusive of interest and costs. The grounds for removal are more particularly stated as follows:

**I.　　CASE BACKGROUND AND FOUNDATION FOR REMOVAL**

　　1.　　On or about September 2, 2016, Plaintiff Conrad Grabowski ("Plaintiff") filed his Complaint in the Circuit Court for Anne Arundel County, Maryland, against Defendant for unjust enrichment.

　　2.　　Plaintiff served the Summons, Complaint and "Civil - Non-Domestic Case Information Report" on Defendant through its registered agent in Maryland on September 21, 2016. A copy of the Circuit Court papers served on Defendant are attached hereto as Exhibit 1. No other papers were served on Defendant with the Complaint.

3. On October 17, 2016, Plaintiff served on Defendants' registered agent a copy of a Scheduling Order and Order for Mediation entered in the Circuit Court. A copy of these papers is attached as Exhibit 2.

4. To the best of Defendant's knowledge and belief, other than the papers attached as Exhibits 1 and 2, there are no additional papers on file in this matter in the Circuit Court for Anne Arundel County.

5. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is a civil action that is between citizens of different states and in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Venue is proper in this Court because the State Court Action is pending in Anne Arundel County, Maryland. *See* 28 U.S.C. § 1441(a).

## II.   COMPLETE DIVERSITY OF CITIZENSHIP

7. There is complete diversity of citizenship between the parties.

   a. ***Plaintiff Conrad Graboswki.*** Plaintiff Conrad Grabowski is a citizen of California. *See* Complaint ¶ 1.

   b. ***Defendant Northrop Grumman Systems Corp.*** Northrop Grumman Systems Corp. is a citizen of the State of Delaware and the Commonwealth of Virginia. Northrop Grumman Systems Corp. is a corporation organized under the laws of the State of Delaware, with its principal place of business and headquarters in the Commonwealth of Virginia. Thus, Northrop Grumman Systems Corp. is not a citizen of California and is diverse from Plaintiff.

### III. AMOUNT IN CONTROVERSY EXCEEDS $75,000

8. In the Complaint, Plaintiff seeks $589,848 in damages, exclusive of interest and costs. *See* Complaint p. 3.

9. Because there is complete diversity between Plaintiff and Defendant, and the amount in controversy exceeds $75,000, this Court has jurisdiction over the cause of action and claim asserted in the State Court Action pursuant to 28 U.S.C. § 1332, and this action properly is removable pursuant to 28 U.S.C. § 1441.

### IV. OTHER ISSUES

10. This Notice of Removal is timely filed. *See* 28 U.S.C. § 1446(b).

11. A Notice of Filing of Notice of Removal (attached hereto as Exhibit 3, without exhibits) will be filed in the Circuit Court for Anne Arundel County, Maryland.

12. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's right to assert any defense or affirmative matter, including without limitation any defense available under Fed. R. Civ. P. 12, or any other procedural or substantive defense available under State or Federal law.

13. Defendant reserves the right to amend or supplement this Notice of Removal

### V. CONCLUSION

Because Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs, this Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332. Defendant is therefore entitled to remove this case to this Court pursuant to 28 U.S.C. § 1441.

Dated:  October 20, 2016                        Respectfully submitted,

Northrop Grumman Systems Corp.

By: _____
Andrew E. Shipley
Bar ID: 19743
ashipley@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Telephone:  202.654.6200
Facsimile:  202.654.6211

*Counsel for Defendant*
*Northrop Grumman Systems Corp.*

## CERTIFICATE OF SERVICE

I hereby certify this October 20, 2016, I served a copy of the foregoing by first class mail, postage prepaid on the following counsel of record for Plaintiff:

>Emily K. Lashley
>Whiteford Taylor & Preston LLP
>Towson Commons, Suite 300
>One West Pennsylvania Ave.
>Towson, MD 21204

Andrew E. Shipley
Bar ID: 19743
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

*Counsel for Defendant*
*Northrop Grumman Systems Corp.*