| | | |
|---|---|---|
| CONRAD GRABOWSKI<br>1825 Sullivan Court<br>Morgan Hill, California 95037 | * <br> * | IN THE <br><br> CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | ANNE ARUNDEL COUNTY |
| NORTHROP GRUMMAN SYSTEMS CORPORATION<br>1840 Century Park East<br>Los Angeles, California 90067 | *<br>*<br>* | Case No.: C-02-CV-16-002804 |
| Serve On: The Corporation Trust<br>Incorporated, Resident Agent<br>351 West Camden Street<br>Baltimore, Maryland 21201 | *<br>* | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Plaintiff Conrad Grabowski, by and through his undersigned counsel, hereby files this Complaint against Northrop Grumman Systems Corporation for unjust enrichment.

In support of his Complaint, the Plaintiff states:

1. Plaintiff, Conrad Grabowski ("Mr. Grabowski") is an individual resident of the State of California.

2. Defendant Northrop Grumman Systems Corporation is a Delaware ("NGSC") corporation in the business of providing global security systems, products and solutions. NGSC regularly conducts business in Anne Arundel County, Maryland.

3. Jurisdiction is proper because the Defendant maintains an office and/or regularly conducts business in the State of Maryland.

4. Venue is proper because the Defendant maintains an office and/or regularly conducts business in Anne Arundel County, Maryland.

5. On or about February 20, 1990, Mr. Grabowski was issued 24,557 shares of stock in Essex Corporation, evidenced by Certificate RU 4422 (the "Stock Certificate"). A true and correct copy of the Stock Certificate is attached hereto as **Exhibit A**.

6. As a stockholder, Mr. Grabowski received several notices of annual meetings of stockholders of Essex Corporation, quarterly updates, as well as proxy appointments for certain matters requiring his vote.

7. On or about January 1, 2007 Northrop Grumman Space & Mission Systems, Corp. ("Space & Mission") purchased all of the stock in Essex Corporation for $24.00 per share (the "Stock Purchase").

8. Thereafter, on or about January 1, 2009, Essex Corporation merged into Space & Mission. A true and correct copy of the Certificate of Merger is attached as **Exhibit B**.

9. On or about December 18, 2009, Space & Mission merged into NGSC. A true and correct copy of the Certificate of Merger is attached hereto as **Exhibit C**.

10. On or about September 30, 2013 Mr. Grabowski discovered the occurrence of the Stock Purchase between Essex Corporation and Space & Mission.

11. Mr. Grabowski never received notice of the Stock Purchase from Space & Mission, Essex Corporation or NGSC.

12. Mr. Grabowski never received payment of $24.00 per share for his 24,577 shares of stock in Essex Corporation.

13. Mr. Grabowski was never asked to produce his Stock Certificate in exchange for payment of $24.00 per share.

14. Mr. Grabowski did not sell, transfer, gift or otherwise dispose of his stock in Essex Corporation.

15. Mr. Grabowski is still in possession of his original Stock Certificate.

16. As a result of the Stock Purchase, Mr. Grabowski should have been paid the sum of $589,848.00 for his shares of stock in Essex Corporation.

17. Despite repeated demand, NGSC, as the surviving corporation, has failed to pay Mr. Grabowski the sum of $589,848.00 for his shares of stock in Essex Corporation due and owing to him as a result of the Stock Purchase.

18. NGSC been unjustly enriched by acquiring all of the stock in Essex but failing to pay for those shares belonging to Mr. Grabowski.

19. Mr. Grabowski has suffered monetary damages in the amount of $589,848.00, plus interest, for NGSC's failure to pay him for his 24,577 shares of stock in Essex Corporation.

WHEREFORE, Plaintiff Conrad Grabowski hereby respectfully demands judgment against Northrop Grumman Systems Corporation in the amount of $589,848.00, plus pre-judgment interest from the date of the Stock Purchase, plus any other and further relief as this Court may deem appropriate.

Respectfully submitted,

_____
Emily K. Lashley, Esquire
Whiteford, Taylor & Preston, L.L.P.
Towson Commons, Suite 300
One West Pennsylvania Avenue
Towson, Maryland 21204-5025
(410) 832-2112
elashley@wtplaw.com

*444925*